**IT IS ORDERED as set forth below:**



**Date: August 18, 2023**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>BRBRSHY INVESTMENTS INC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO.  23-10654-pmb |

### ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

On August 7, 2023, BRBRSHY Investments, Inc. ("Debtor") filed its "Motion to Dismiss Debtor's Chapter 11 Case" (Doc. No. 35) (the "Motion"). The Motion came before the Court for Hearing on August 16, 2023 at 10:20 a.m.  At the Hearing, no party appeared in opposition to the Motion. Upon review of the Motion and the record in this Case, the Court has determined that Debtor is entitled to relief.  Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED. Debtor agrees to file its July Monthly Operating Report on or before August 21, 2023, its August 2023 Monthly Operating Report on or before September 21, 2023, and to pay any United States Trustee fees as and when due; and it

is further

ORDERED that counsel for the Debtor shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Motion, and shall file promptly thereafter a certificate of service confirming such service.

**End of Order**

PREPARED AND PRESENTED BY:
**JONES & WALDEN LLC**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
Attorney for Debtor

**Distribution List:**

Cameron M. McCord, Jones & Walden LLC, 699 Piedmont Avenue, Atlanta, Georgia 30308

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303